# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| CHARLES BROWN, ) | Chapter 7 |
| ) | |
| Debtor. ) | Case No. 11-00203-FJO-7 |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Fidelity National Title Insurance Company ("Fidelity"), by counsel, hereby gives its Notice of Appearance, and respectfully requests that copies of all documents (other than proofs of claim) filed in the above-captioned case (this "Case") be given to and served upon the following:

Timothy J. Abeska, Esq.
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan Street
South Bend, Indiana  46601-1632
Telephone:  (574) 233-1171
Facsimile:  (574) 237-1125
Email: *tim.abeska@btlaw.com*

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of Fidelity's (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights hereby are reserved and preserved by Fidelity, without exemption and with no purpose of confessing or conceding

-2-

jurisdiction in any way by this filing or by any other participation in the Case.

Respectfully submitted this 11th day of January, 2011.

/s/ *Timothy J. Abeska*
Timothy J. Abeska (3998-71)
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan Street
South Bend, Indiana  46601-1632
Telephone:  (574) 233-1171
Facsimile:   (574) 237-1125
Email: *tim.abeska@btlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically this 11th day of January, 2011 via the Court's CM/ECF system.  Parties may access this filing via the Court's CM/ECF system.

/s/ *Timothy J. Abeska*
Timothy J. Abeska (3998-71)