UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES BROWN ) | CASE NO. 11-00203-FJO-7A |
| ) | |
| DEBTOR. ) | |

**TRUSTEE'S APPLICATION TO EMPLOY COUNSEL**

The Application of Gregory K. Silver respectfully represents:

1. He is the duly qualified and acting Trustee in these proceedings.

2. Your petitioner wishes to employ as his counsel the law firm of Rubin & Levin, P.C. for services to be rendered in connection with the administration of this estate, effective as of February 18, 2011.

3. Petitioner has selected said attorneys for the reason that said attorneys have experience in matters of this character and are well qualified to represent him in this proceeding.

4. The professional services to be rendered by said attorneys include: the preparation of various petitions on behalf of the Trustee, the investigation of facts respecting the estate, liquidation of non-exempt assets, and the performance of all other legal services of your petitioner which may become necessary herein.

5. To the best of petitioner's knowledge, said attorneys have no connection with the Debtor or any other party in interest and no interest adverse to the Trustee or to the estate in the matters upon which they are to be engaged, and their employment would be in the best interests of this estate.

6. The following is a current fee schedule for Rubin & Levin, P.C. It is contemplated that the law firm of Rubin & Levin, P.C. will seek compensation from the effective date of employment based upon said hourly rates, which may increase in future years, and the fees to be awarded shall be determined by this court upon application.

| | |
|---|---|
| James T. Young, Partner | $350.00/hour |
| Jonathan M. Dickey, Associate | $285.00/hour |
| Paralegals | $150.00/hour |

7. Attached hereto is an Affidavit attesting to Rubin & Levin, P.C.'s lack of conflict of interest in this proceeding.

WHEREFORE, your petitioner prays that he be authorized to employ and appoint as his attorneys the law firm of Rubin & Levin, P.C. of Indianapolis, Indiana under a general retainer, effective as of February 18, 2011, and that he have such other and further relief as may be just and proper in the premises.

/s/ Gregory K. Silver
Gregory K. Silver, Trustee

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

I, Gregory K. Silver, petitioner named in the foregoing petition, do hereby make solemn oath that the statements contained herein are true to the best of my knowledge, information, and belief.

/s/ Gregory K. Silver
Gregory K. Silver

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| United States Trustee | ustpregion10.in.ecf@usdoj.gov |
| James T. Young | james@rubin-levin.net |
| Richard P. Batesky, Jr. | ssharondove@aol.com |
| Ethel Fay Hong Badawi | ethel.badawi@btlaw.com |
| Timothy Abeska | tim.abeska@btlaw.com |

I further certify that on March 1, 2011, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

N/A

/s/ Gregory K. Silver
Gregory K. Silver, Trustee

/kc
G:\WP80\TRUSTEE\Silver\Brown, Charles 83350201\Application to Employ RL.wpd